**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

HENRY ORLANDO SAIGUA CARVAJAL,

Petitioner,

v. No. 2:26-cv-3307-SMD-JMR

LUNA COUNTY DETENTION CENTER, *et al.*,

Respondents.

## ORDER TO SHOW CAUSE

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) (Petition), filed October 2, 2026. Petitioner is in custody at the Luna County Detention Center in Deming, New Mexico and is proceeding *pro se*. He challenges his custody by Immigration and Customs Enforcement (ICE) and seeks release or a custody hearing. (Doc. 1) at 7. However, it appears Petitioner is in custody pursuant to criminal charges in Case No. 2:26-MJ-5060-KRS, and is not in immigration detention. *See* CR Doc. 1, filed in Case No. 2:26-MJ-5060-KRS (Criminal Complaint dated September 22, 2026, noting arrest for reentry after deportation in violation of 8 U.S.C. 1326(a)). The criminal docket further reflects that on September 29, 2026, Petitioner was ordered to remain in custody pending trial. *See* CR Doc. 8, filed in Case No. 2:26-MJ-5060-KRS (Order of Detention Pending Trial).

Based on the foregoing, it appears the proper avenue for Petitioner to challenge his detention is his pending criminal case. *See Medina v. Choate*, 875 F.3d 1025, 1026 (10th Cir. 2017) (explaining federal pre-trial detainees usually must exhaust other available remedies before seeking habeas corpus relief under § 2241, stating "§ 2241 is not a proper avenue of relief for

federal prisoners awaiting federal trial"); *see also Thompson v. Robinson*, 565 F. App'x 738, 739 (10th Cir. 2014) (holding that claims relating to pre-trial detainee's pending federal criminal case must be exhausted in the criminal action, or on appeal after conviction, and not in a habeas petition). The Court will therefore order Petitioner to show cause within 21 days why the Petition should not be dismissed. The failure to timely comply with this Order may result in dismissal of this case without prejudice and without further notice.

**IT IS THEREFORE ORDERED** that within 21 days of entry of this Order Petitioner must show cause why his Petition should not be dismissed without prejudice.

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE